LEONARD S. BECKER (SBN 113065)
LAW OFFICES OF LEONARD S. BECKER
1728 B Street
Hayward, California 94541-3102
Telephone: (510) 886-1996
Facsimile: (510) 538-8089
Email: lsbeckerlaw@aol.com

Attorneys for Plaintiff
DEVAKI MURCH

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
LETITIA R. KIM (SBN 200142)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Facsimile: (415) 436-6748
   Email: letitia.r.kim@usdoj.gov

Attorneys for Defendants
UNITED STATES FOOD AND DRUG ADMINISTRATION
and WILLIAM BRIAN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVAKI MURCH, | Case No. C 06-04594 MMC |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION; WILLIAM BRIAN MARTIN, | |
| Defendants. | |

## STIPULATION

A Case Management Conference is currently scheduled for November 3, 2006 at 10:30 a.m. The defendants' counsel, however, will be out of state from October 30 through November 10, 2006, and has trial and court appearances in other cases on several subsequent Fridays in

Stip. to Continue CMC & [Proposed] Order
Case No. C 06-04594 MMC       -1-

1  November and December.  Consequently, the parties submit this stipulated request to continue
2  the Case Management Conference to December 22, 2006 at 10:30 a.m., or on such subsequent
3  date as is convenient for the Court.
4      IT IS SO STIPULATED.
5  DATED: September 28, 2006                KEVIN V. RYAN
                                            United States Attorney

                                            /s/
                                            _____
                                            By: LETITIA R. KIM
                                            Assistant United States Attorney
                                            Attorneys for Defendants

10 DATED: September 27, 2006                LAW OFFICES OF LEONARD S.
                                            BECKER

                                            /s/
                                            _____
                                            By: LEONARD S. BECKER
                                            Attorneys for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the Case Management Conference, which was previously scheduled for November 3, 2006, is continued to January 5, 2007, at 10:30 a.m.  A joint case management statement shall be filed no later than December 29, 2006.

IT IS SO ORDERED.

Dated: September 29, 2006                   _____
                                            MAXINE M. CHESNEY
                                            United States District Judge