IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVAKI MURCH,<br><br>      Plaintiff,<br>  v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>      Defendants | No. C 06-4594 MMC<br><br>**ORDER OF DISMISSAL** |

The remaining parties having advised the Court that they have agreed to a settlement of the above-titled action, and the Court, by separate order filed concurrently herewith, having approved said settlement,

IT IS HEREBY ORDERED that plaintiff's claims against defendant United States Food and Drug Administration be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: April 5, 2007

MAXINE M. CHESNEY
United States District Judge