1  LEONARD S. BECKER (California Bar No. 113065)
   MARTIN C. OCCHIPINTI, JR. (California Bar No. 126991)
2  LAW OFFICES OF LEONARD S. BECKER
   1728 B Street
3  Hayward, California 94541-3102
   Telephone: (510) 886-1996
4  Facsimile: (510) 538-8089
   Email: lsbeckerlaw@aol.com
5
   Attorneys for Plaintiff
6  DEVAKI MURCH

7  SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
   United States Attorney
8  JOANN M. SWANSON (California Bar No. 88143)
   Chief, Civil Division
9  LETITIA R. KIM (California Bar No. 200142)
   Assistant United States Attorney
10
      450 Golden Gate Avenue, Box 36055
11    San Francisco, California 94102-3495
      Telephone: (415) 436-7181
12    Facsimile: (415) 436-6748
      Email: letitia.r.kim@usdoj.gov
13
   Attorneys for Defendant
14 UNITED STATES OF AMERICA

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18 DEVAKI MURCH,                    )   Case No. C 06-4594 MMC
                                    )
19              Plaintiff,          )   STIPULATION TO DISMISS ACTION
                                    )   WITH PREJUDICE AND [PROPOSED]
20         v.                       )   ORDER
                                    )
21 UNITED STATES FOOD AND DRUG      )
   ADMINISTRATION; WILLIAM BRIAN    )
22 MARTIN,                          )
                                    )
23              Defendants.         )
                                    )
24 _____  )

25                              **STIPULATION**

26    The parties have settled this action. Accordingly, pursuant to Federal Rule of Civil

27 Procedure 41(a)(1)(ii), the parties hereby stipulate to dismiss this action with prejudice.

28

   Stip. to Dismiss w/Prejudice & [Proposed] Order
   Case No. C 06-4594 MMC              -1-

1  DATED: 4 2·07

   SCOTT N. SCHOOLS
   United States Attorney

   By: LETITIA R. KIM
   Assistant United States Attorney
   Attorneys for Defendant

7  DATED: 3/27/07

   LAW OFFICES OF LEONARD S. BECKER

   By: LEONARD S. BECKER
       MARTIN G. OCCHIPINTI, JR.
   Attorneys for Plaintiff

Stip. to Dismiss w/Prejudice & [Proposed] Order
Case No. C 06-4594 MMC                    -2-

1 **[PROPOSED] ORDER**

2      Pursuant to the settlement of this action and the parties' stipulation, this action is hereby

3 DISMISSED WITH PREJUDICE.

4      IT IS SO ORDERED.

6 Dated: July 17, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Stip. to Dismiss w/Prejudice & [Proposed] Order
Case No. C 06-4594 MMC                -3-